## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:24-CR-0091-GMN-EJY |
| Plaintiff, | |
| vs. | **ORDER** |
| MARIO CORTES-ALVAREZ, | |
| Defendant. | |

The Defendant made his Initial Appearance on the underlying Complaint on April 19, 2024. ECF No. 3. At that time, he requested a continuance of his detention hearing until April 22, 2024, to retain counsel. *Id*. However, the Defendant was not medically cleared to return to Court until April 24, 2024. On that day, he again requested a continuance so that he could retain private counsel. ECF No. 10. The Court provided a new date of May 1, 2024, for the detention hearing and the arraignment on the Indictment.

Due to the Defendant's health concerns, the Court agreed to allow the Defendant to appear via videoconference on May 1, 2024, with the understanding he would have to consent to an appearance by way of video-conference. On May 1, 2024, the Defendant refused to appear. ECF No. 13. The Court continued the Defendant's hearing to May 2, 2024, but he again refused to appear. ECF Nos. 13 and 14.

The Court has given Defendant two opportunities to comply with Court orders and he has refused to do so. In addition, the Court has also been informed that

Defendant barricaded himself in his cell. Given this, the Court will order the USMS to transport him for his appearance before this Court for his Arraignment and Detention Hearing, scheduled for May 3, 2024, at 2:30 p.m. in Courtroom 3B of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada. The USMS is authorized to use *reasonable* force, only as necessary, to transport him. This Court reminds all involved that Defendant is undergoing mental health problems and to be sensitive to the situation.

The Court has already made a finding of indigency given Defendant is not currently working and has appointed the Federal public Defender to represent him. Defendant is free to retain counsel if he wishes to do so. Nevertheless, between now and then the Federal Public Defender office will represent him.

**IT IS THEREFORE ORDERED** that the USMS is authorized to use *reasonable* force, only as necessary, to compel Defendant to be transported and to appear before this Court for his Arraignment and Detention Hearing, scheduled for May 3, 2024, at 2:30 p.m. in Courtroom 3B of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada.

DATED: May 2, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE