**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:24-CR-0091-GMN-EJY |
| Plaintiff, | |
| vs. | **ORDER** |
| MARIO CORTES-ALVAREZ, | |
| Defendant. | |

The Defendant made his Initial Appearance on the underlying Complaint on April 19, 2024. ECF No. 3. After several continuances, the Defendant refused to appear in court on May 1, 2024. ECF No. 13. The Court continued the Defendant's hearing to May 2, 2024, but he again refused to appear. ECF Nos. 13 and 14. The Court was informed that Defendant barricaded himself in his cell. In turn, the Court issued an order allowing the use of reasonable force to procure his appearance in court.

Since then, the Court granted Defendant's motion and committed him to the custody of the Attorney General's office for a period of 30 days under 18 U.S.C. § 4247(b) for purposes of a competency evaluation and report. The Court has been informed that, since returning from the evaluation, Defendant has not been compliant with personnel at Nevada Southern Detention Center. Given this, the USMS is authorized to use *reasonable* force, only as necessary, to transport him to this Court for his Competency Hearing, scheduled for August 19, 2024, at 12:30 p.m. in Courtroom 3B of the Lloyd D. George Federal Courthouse at 333 South Las Vegas

Boulevard in Las Vegas, Nevada. The. This Court reminds all involved that Defendant is undergoing mental health problems and to be sensitive to the situation.

**IT IS THEREFORE ORDERED** that the USMS is authorized to use *reasonable* force, only as necessary, to compel Defendant to be transported and to appear before this Court for his Arraignment and Detention Hearing, scheduled for August 19, 2024, at 12:30 p.m. in Courtroom 3B of the Lloyd D. George Federal Courthouse at 333 South Las Vegas Boulevard in Las Vegas, Nevada.

DATED: August 12, 2024.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE